# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COLFIN BULLS FUNDING A, LLC, | ) |
| Appellant, | ) |
| | ) Case No.: 1:15-cv-03118 |
| v. | ) |
| | ) Bankruptcy Case No.: 12-31336 |
| GUS A. PALOIAN, not individually or personally but solely in his capacity as the Chapter 11 Trustee of Debtor's Estate, | ) Hon. Rebecca R. Pallmeyer |
| Appellee. | ) |

## NOTICE OF MOTION

**To:** See Attached Service List

**PLEASE BE ADVISED** that on June 8, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Rebecca R. Pallmeyer or any judge presiding in her stead in Courtroom 2141, United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604 and shall then and there present its **Motion to Stay Appeal and for Related Relief**, a copy of which is attached and now served upon you.

                                                          Respectfully Submitted,

                                                          **COLFIN BULLS FUNDING A, LLC**

Dated: June 1, 2015                                 By:   /s/ Jerry L. Switzer, Jr.
                                                                           One of Its Attorneys

Jerry L. Switzer, Jr. (#6210229)
Jean Soh (#6285187)
POLSINELLI PC
161 N. Clark St., Ste. 4200
Chicago, Illinois 60601
(312) 819-1900 Telephone
(312) 819-1910 Facsimile
jswitzer@polsinelli.com
jsoh@polsinelli.com

# **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on June 1, 2015, he caused a true and correct copy of the foregoing **Notice of Motion** and the attached **Motion to Stay Appeal and for Related Relief** to be served electronically through the Court's CM/ECF electronic noticing system upon all parties of record and all parties listed in the Service List, as identified in the docket as of June 1, 2015, at or before 5:00 p.m.

**Gus Anthony Paloian**
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
Email: gpaloian@seyfarth.com
*Attorney for Appellee*

**Bret M Harper**
Seyfarth Shaw LLC
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
Email: bharper@seyfarth.com
*Attorney for Appellee*

**James B. Sowka**
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
Email: jsowka@seyfarth.com
*Attorney for Appellee*

**U.S. Bankruptcy Court, Clerk**
U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL 60604
Email: ilnb_appeals@ilnb.uscourts.gov

**United States Trustee**
Office of the United States Trustee
219 S. Dearborn Street, Suite 873
Chicago, IL 60604
*Listed on Docket Service List*

**Judge Pamela S. Hollis**
United States Bankruptcy Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604
*Listed on Docket Service List*

    /s/ Jerry L. Switzer, Jr.
Jerry L. Switzer, Jr.